UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS TOMAS GARCIA,<br><br>Petitioner,<br><br>v.<br><br>JARED LOZANO,<br><br>Respondent. | No. 2:22-cv-0629 TLN AC P<br><br><br><br>ORDER |

Petitioner has requested a forty-five-day extension of time to file objections to the April 12, 2022 findings and recommendations. ECF No. 10. Good cause appearing, the request will be granted. Petitioner also requests another copy of the findings and recommendations because his copy was confiscated, and that the copy fees be waived. Id. Although the court does not typically waive copy fees regardless of a party's indigence, as a one-time courtesy, another copy of the findings and recommendations will be provided. Any further requests for copies must be accompanied by the appropriate fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time and copies (ECF No. 10) is GRANTED.

2. Within forty-five days of the service of this order, petitioner may file objections to the April 12, 2022 findings and recommendations.

////

1

3. The Clerk of the Court is directed to serve petitioner with a copy of the April 12, 2022 findings and recommendations (ECF No. 9).

DATED: May 5, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE